[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-11988

Non-Argument Calendar

_____

HIRE ANWAR LLC,
ANWAR PATTERSON,

Plaintiffs-Appellees,

*versus*

KELLY BUTLER,

Defendant- Appellant,

RASHEEM BUTLER,

Defendant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-03004-AT

_____

Before JILL PRYOR, LAGOA, and KIDD, Circuit Judges.

PER CURIAM:

Kelly Butler, proceeding *pro se*, appeals the district court's order remanding her dispossessory action to state court for lack of subject matter jurisdiction. That order, however, is unreviewable on appeal. *See* 28 U.S.C. § 1447(c), (d); *New v. Sports & Recreation*, 114 F.3d 1092, 1096 (11th Cir. 1997) ("Cases remanded for lack of jurisdiction are immune from review even if the district court's decision is clearly erroneous."). Further, Butler did not invoke 28 U.S.C. §§ 1442 or 1443 as the basis for the removal. *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor of Balt.*, 593 U.S. 230, 238-39 (2021) (concluding that, because the defendants cited § 1442 in their notice of removal, the whole of the district court's remand order was reviewable on appeal).

Accordingly, this appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.